Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

August 5, 2026

**BY ECF**

Application granted. SO ORDERED.

Date: August 6, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Cristian Guerra**
**26-MAG-3020 (UA)**

Dear Duty Magistrate,

Cristian Guerra, through undersigned counsel, respectfully moves the Court for an order modifying his conditions of pretrial release. Specifically, he asks the Court to amend the bond to permit him to live at his wife's home in Bell, CA, as opposed to his mother's home in Los Angeles, CA. The full proposed address has been provided to both pretrial services and the government. All other conditions, including the supervising District, would remain unchanged.

Undersigned counsel has conferred with both pretrial services and the government about the requested modification. Neither pretrial services nor the government have any objection to the request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791